543 U.S. 1116
 NEWSOME
v.
UNITED STATES;
MARTIN
v.
UNITED STATES;
CHIMNEY
v.
UNITED STATES;
SONGALIA FLORES
v.
UNITED STATES;
VILLARREAL-MEDINA
v.
UNITED STATES;
ABNEY
v.
UNITED STATES;
GUERRERO
v.
UNITED STATES;
AGUILAR-CORTEZ
v.
UNITED STATES;
AVILA-CHAVEZ
v.
UNITED STATES;
HERNANDEZ-HERNANDEZ
v.
UNITED STATES;
DE LOS SANTOS
v.
UNITED STATES;
MEDINA-TENIENTE
v.
UNITED STATES; and
DE LUNA-VIGIL
v.
UNITED STATES.
 No. 03-10272.
 Supreme Court of United States.
 January 24, 2005.
 
 1
 542 U.S. 912; Petitions for rehearing granted. Orders denying petitions for writs of certiorari vacated. Motions of petitioners for leave to proceed in forma pauperis granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of United States v. Booker, ante, p. 220.